IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

DARLI VELAZQUEZ ARMAS,

     Plaintiff,

v.                                 Civil Action No. 1:19-00256

FCI MCDOWELL STAFF,

     Defendant.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted to the court his Proposed Findings and Recommendation ("PF&R") on March 26, 2021, in which he recommended that the court dismiss plaintiff's complaint (ECF No. 1) without prejudice and remove this matter from the court's docket.  (ECF No. 4.)

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file objections to the PF&R.  The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a de novo review by this court.  See Thomas v. Arn, 474 U.S. 140, 149-50 (1985); Snyder v. Ridenour, 889 F.2d 1363, 1365-66 (4th Cir. 1989); see also 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a

de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." (emphasis added)).

Neither party filed objections to the PF&R within the required time period.  Accordingly, the court adopts the PF&R as follows:  Plaintiff's complaint (ECF No. 1) is **DISMISSED** without prejudice and the Clerk is directed to remove this matter from the court's docket.

The Clerk is further directed to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 8th day of July, 2022.

ENTER:

David A.  Faber
Senior United States District Judge